[No. 28055-8-II.  Division Two.  December 31, 2002.]

TAYLOR UNITED, INC., *Appellant*, v. THE DEPARTMENT OF REVENUE, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-2-00125-5, Christine A. Pomeroy, J., entered November 13, 2001. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Bridgewater, J.

[No. 28066-3-II.  Division Two.  December 31, 2002.]

*In the Matter of the Marriage of* DENISE LOUISE COLE, *Appellant*, and FORREST GERALD COLE, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 83-3-00465-1, Tracy Mitchell, J. Pro Tem., entered November 9, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.

[No. 25383-6-II.  Division Two.  January 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD DEWAYNE DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-00479-1, Marywave Van Deren, J., entered December 7, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.

[No. 27460-4-II.  Division Two.  January 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JAY JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-02632-5, Karen L. Strombom, J., entered June 1, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Bridgewater and Armstrong, JJ.